# Claims Distribution Register

Case: ~~07-53928~~ 08-50941  MITCHELL, DAVID & ROBIN



FILED
2009 SEP 15 PM 1:47
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 4 | 06/02/08 | 610 | SPIRIT OF AMERICA NATIONAL BANK/FASHION BUG FIRST EXPRESS PO BOX 856021 LOUISVILLE, KY 40285 <7100-00 General Unsecured § 726(a)(2)> | 2,386.92 | 2,386.92 | 0.00 | 2,386.92 | 154.18 |
| 6 | 06/05/08 | 610 | LabCarePlus PO Box 16157 Rocky River, OH 44116 <7100-00 General Unsecured § 726(a)(2)> | 306.60 | 306.60 | 0.00 | 306.60 | 19.80 |
| 7 | 06/09/08 | 610 | CAPITAL ONE BANK (USA), N.A. C/O TSYS DEBT MANAGEMENT (TDM) PO BOX 5155 NORCROSS, GA 30091 <7100-00 General Unsecured § 726(a)(2)> | 1,971.83 | 1,971.83 | 0.00 | 1,971.83 | 127.37 |
| 8 | 06/20/08 | 610 | Roundup Funding, LLC MS 550 PO Box 91121 Seattle, WA 98111-9221 <7100-00 General Unsecured § 726(a)(2)> | 1,229.42 | 1,229.42 | 0.00 | 1,229.42 | 79.41 |
| 10 | 07/24/08 | 610 | Dominion East Ohio PO Box 26785 Richmond, VA 23261 <7100-00 General Unsecured § 726(a)(2)> | 1,929.12 | 1,929.12 | 0.00 | 1,929.12 | 124.61 |
| 11 | 07/28/08 | 610 | AT&T Wireless c/o Vativ Recovery Solutions as agent for Palisades / Asta Funding PO Box 19249 Sugar Land, TX 77496 <7100-00 General Unsecured § 726(a)(2)>   CR #115  receipt # 80899 | 64.62 | 64.62 | 0.00 | 64.62 | 4.17 |
| 12 | 08/08/08 | 610 | Summa Health System PO Box 71-4097 Columbus, OH 43271-4097 <7100-00 General Unsecured § 726(a)(2)> | 973.05 | 973.05 | 0.00 | 973.05 | 62.85 |
| 13 | 08/12/08 | 610 | TARGET NATIONAL BANK C O WEINSTEIN AND RILEY, PS 2001 WESTERN AVENUE, STE 400 SEATTLE, WA 98121 <7100-00 General Unsecured § 726(a)(2)> | 372.44 | 372.44 | 0.00 | 372.44 | 24.06 |
| 14 | 08/18/08 | 610 | OHIO EDISON BANKRUPTCY DEPARTMENT 6896 MILLER ROAD SUITE 204 BRECKSVILLE, OH 44141 <7100-00 General Unsecured § 726(a)(2)> | 1,241.68 | 1,241.68 | 0.00 | 1,241.68 | 80.20 |
| | | | **Total for Priority 610:   6.45929% Paid** | **$14,016.41** | **$14,016.41** | **$0.00** | **$14,016.41** | **$905.36** |
| 15 | 09/03/08 | 620 | Dennis C. McClusky MD 754 S. Cleveland Ave Mogadore, OH 44260 <7200-00 Tardy General Unsecured § 726(a)(3)> | 145.87 | 145.87 | 0.00 | 145.87 | 0.00 |
| | | | **Priority 620:   0% Paid** | | | | | |
| | | | **Total for Unsecured Claims:** | **$14,162.28** | **$14,162.28** | **$0.00** | **$14,162.28** | **$905.36** |